Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
JOAN ORTMANN

Case No. 11-02966
Account No. 6503

CITIMORTGAGE INC
PO BOX 688923
DES MOINES, IA 50368-8923

JOAN ORTMANN
616 JULI DR
SOUTH ELGIN, IL 60177

MATUSZEWICH KELLY & MCKEEVER
101 N VIRGINIA ST #150
CRYSTAL LAKE, IL 60014

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B (2)(b) was sent in error on **September 07, 2011.**

/S/   Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on **November 02, 2012.**

/S/   Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888